**ENTERED**
June 23, 2021
Nathan Ochsner, Clerk

# UNITED STATES DISTRICT COURT
## FOR THE
## SOUTHERN DISTRICT OF TEXAS

| UNITED STATES OF AMERICA | § | |
| | § | |
| *versus* | § | Criminal No. 4:20–cr–00640 |
| | § | |
| Janet Lima Alegria | § | |

### ORDER SCHEDULING Arraignment and Detention Hearing

The Arraignment and Detention Hearing in this case is scheduled as follows:

| Place: | Location: by video |
|---|---|
| | Date and Time:<br>June 25, 2021 at 02:00 PM |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States Marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date: June 23, 2021

Frances H. Stacy
United States Magistrate Judge